UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULBASIR RAMAZANOV, A-220-840-093,

Petitioner,

v.

PAM BONDI, et al.,

Respondents.

No.  1:26-cv-01311-DC-AC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 12)

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within three days.  ECF No. 9.  Respondents filed objections to the findings and recommendations.  ECF No. 10.  After the objections period passed, respondents also submitted an exhibit "to provide further insight into the reasons that they re-detained Petitioner without a hearing" and state "[i]t was not provided earlier because it had to go through a use authorization process before release."  ECF No. 11.  On May 7, 2026, the magistrate judge filed amended findings and recommendations which superseded the April 6, 2026 findings and

1

recommendations and addressed the objections and exhibit.  ECF No. 12.  The amended findings and recommendations also contained notice to all parties that any objections to the findings and recommendations were to be filed within three days.  ECF No. 12.  Neither party filed objections to the amended findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 12) are ADOPTED in full;

2.  Petitioner's petition for writ of habeas corpus (ECF No. 1) be GRANTED, as follows:

   a.  Respondents shall IMMEDIATELY RELEASE Petitioner Abdulbasir Ramazanov, A-220-840-093, immediately with the same conditions he was subject to immediately prior to his detention on November 17, 2025.  At the time of release, Respondents must return all of Petitioner's documents and possessions;

   b.  Respondents shall not impose any additional restriction on Petitioner unless it is determined to be necessary at a future pre-deprivation/custody hearing;

   c.  Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner unless they provide at least 7 days' notice to Petitioner and hold a pre-deprivation bond hearing before a neutral arbiter, at which Petitioner's eligibility for bond must be considered;

   d.  The order does not address the circumstances in which respondents may detain Petitioner in the event petitioner becomes subject to an executable final order of removal and petitioner receives notice of that final order of removal;

3.  Within three days of this order, Respondents shall file a notice of compliance confirming petitioner's release and that the conditions of his supervision are the same as those to which he was subject prior to his November 17, 2025 detention;

4.  The Clerk of the Court is directed to serve the Mesa Verde Detention Center with a

copy of this Order; and

5.  The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **May 15, 2026**

Dena Coggins
United States District Judge

3